# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Cardiac Management Systems, Inc., et al., | Case No. 08-19029-BKC-LMI |
| Debtors. _____/ | Substantively Consolidated |

### *EX PARTE* MOTION TO SCHEDULE STATUS CONFERERENCE

Chapter 7 Trustee Kenneth A. Welt (the "Trustee"), by and through undersigned counsel, moves (the "Motion") to schedule a status conference. In support of the Motion, the Trustee states:

1. On June 30, 2008, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On November 13, 2008, the Chapter 11 cases were converted to Chapter 7, and the Trustee was appointed shortly after the conversion.

3. On June 15, 2010, the Court entered its order consolidating all Debtor estates into the above-captioned case.

4. As of the filing of this Motion, the Trustee completed the administration of assets of the consolidated case, prepared a draft final report a copy of which is attached hereto as Exhibit "A," and proposes to set for hearing all pending final fee applications on the date of the status conference.

5. The Trustee believes it is appropriate and necessary to advise the Court of the status of the case and to answer any questions the Court may have about the closing of the case.

**WHEREAS**, the Trustee respectfully requests entry of an order (a) granting the Motion;

(b) scheduling a status conference; and (c) granting such further relief as this Court deems appropriate.

| | |
|---|---|
| Dated:  June 30, 2020 | Markowitz Ringel Trusty & Hartog, P.A.<br>101 NE Third Avenue, Suite 1210<br>Fort Lauderdale, Florida 33301<br>T:  (954) 767-0030<br>F:  (954) 767-0035<br><br>By:/s/ *Ross R. Harog*<br>    ROSS R. HARTOG<br>    Fla. Bar No.: 272360<br>    rhartog@mrthlaw.com |

## **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                               §    Case No. 08-19029-LMI
                                                     §
CARDIAC MANAGEMENT SYSTEMS,                          §
INC                                                  §
                                                     §
                                                     §
                    Debtor                           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Kenneth A. Welt, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

299 E. Broward Blvd., Ste. 112, Fort Lauderdale, FL 33301

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:                                By:  /s/ Kenneth A. Welt
                                                  Trustee

Kenneth A. Welt
4581 Weston Road #355
Weston, FL 33331

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-19029-LMI |
| | § | |
| CARDIAC MANAGEMENT SYSTEMS, INC | § § § § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $11,832,955.93 |
| *and approved disbursements of* | $11,193,493.82 |
| *leaving a balance on hand of[1]:* | $639,462.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|---:|
| 1S(64) | Triple Net Properties Realty, Inc., et al. | $25,414.00 | $25,414.00 | $0.00 | $25,414.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $25,414.00 |
| Remaining balance: | $614,048.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| KENNETH A. WELT, TRUSTEE CHP 7, Trustee Fees | $378,238.68 | $263,116.24 | $76,758.14 |
| KENNETH A. WELT, Trustee Expenses | $1,147.37 | $804.35 | $226.65 |
| Markowitz , Attorney for Trustee Fees | $28,055.25 | $28,055.25 | $0.00 |
| Markowita , Attorney for Trustee Expenses | $3,861.18 | $3,861.18 | $0.00 |
| Frohme Enterprises, Inc., Accountant Fees | $5,287.50 | $5,287.50 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---:|---:|---:|
| Marcum LLC, Accountant for Trustee Expenses | $11,182.00 | $7,273.58 | $2,774.24 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $1,300.89 | $0.00 | $1,168.94 |
| Markowitz: Per order dated 6/15/10 DE# 992 Contingency and expenses due regarding settlements | $5,500.00 | $5,500.00 | $0.00 |
| Markowitz: Per order dated 6/15/10 DE# 992 Contingency and expenses due regarding settlements | $9,324.00 | $9,324.00 | $0.00 |
| Markowitz: Per order dated6/15/10 DE# 992 33.3% contingency | $2,953.71 | $2,953.71 | $0.00 |
| Kluger,Peretz, Kaplan & Berlin, Attorney for Trustee Fees | $21,500.00 | $21,500.00 | $0.00 |
| Markowitz, Davis, Ringel & Trusty, Attorney for Trustee Fees | $18,433.98 | $15,289.18 | $0.00 |
| Markowitz, Davis, Ringel & Trusty, P.A., Attorney for Trustee Fees | $32,206.98 | $32,206.98 | $0.00 |
| Markowitz, Davis, Ringel & Trusty, P.A., Attorney for Trustee Fees | $18,433.98 | $3,144.80 | $0.00 |
| Markowitz, Davis, Ringel & Trusty, Attorney for Trustee Fees | $478,485.66 | $237,024.18 | $192,929.25 |
| Genovese: Special Counsel for Trustee Fees | $670,000.00 | $670,000.00 | $0.00 |
| Shelomith: Special Counsel for Trustee Fees | $1,936.00 | $1,936.00 | $0.00 |
| John S. Maser: Special Counsel for Trustee Fees | $12,048.40 | $7,530.25 | $0.00 |
| Alan Landsberg, Special Counsel for Trustee Fees | $8,000.00 | $8,000.00 | $0.00 |
| Anthony Vitale, Special Counsel for Trustee Fees | $1,480.00 | $423.39 | $0.00 |
| Florida Health Law Center, Special Counsel for Trustee Fees | $11,323.08 | $11,323.08 | $0.00 |
| Jason S. Maser, Special Counsel for Trustee Fees | $12,048.40 | $4,518.15 | $0.00 |
| Florida Health Law Center LLC, Special Counsel for Trustee Fees | $16,450.85 | $10,000.00 | $4,782.26 |
| Markowitz: Per order dated 6/15/10 DE# 992 Contingency and expenses due regarding settlements , Attorney for Trustee Expenses | $571.14 | $571.14 | $0.00 |
| Markowitz: Per order dated 6/15/10 DE# 992 Contingency and expenses due regarding settlements | $265.18 | $265.18 | $0.00 |
| Markowitz: Per order dated 6/15/10 DE# 992 Expenses , Attorney for Trustee Expenses | $263.60 | $263.60 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---:|---:|---:|
| Kluger,Peretz, Kaplan & Berlin, Attorney for Trustee Expenses | $144.50 | $144.50 | $0.00 |
| Markowitz, Davis, Ringel & Trusty, Attorney for Trustee Expenses | $35,251.68 | $25,411.87 | $6,264.27 |
| Genovese: Special Counsel for Trustee Expenses | $26,925.57 | $22,264.57 | $0.00 |
| Jason A. Maser: Expenses, Special Counsel for Trustee Expenses | $179.42 | $179.42 | $0.00 |
| Shelomith: Expenses, Special Counsel for Trustee Expenses | $466.78 | $466.78 | $0.00 |
| Genovese: Expenses, Special Counsel for Trustee Expenses | $26,925.57 | $4,661.00 | $0.00 |
| Marcum LLC, Accountant for Trustee Fees | $790,737.64 | $441,110.15 | $269,423.91 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $650.89 | $0.00 | $584.87 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $9,750.89 | $0.00 | $8,761.87 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $1,625.89 | $0.00 | $1,460.98 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $650.89 | $0.00 | $584.87 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $1,625.89 | $0.00 | $1,460.98 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $975.89 | $0.00 | $876.91 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $975.89 | $0.00 | $876.91 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $2,600.89 | $0.00 | $2,337.08 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $9,750.89 | $0.00 | $8,761.87 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $1,300.89 | $0.00 | $1,168.94 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $9,750.89 | $0.00 | $8,761.87 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $2,600.89 | $0.00 | $2,337.08 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $6,825.89 | $0.00 | $6,133.55 |
| US Trustee's Payment Center, U.S. Trustee Quarterly Fees | $4,875.00 | $0.00 | $4,380.53 |
| South Florida Valuation Services, Inc., | $4,000.00 | $4,000.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---:|---:|---:|
| Appraiser for Trustee Fees | | | |
| American Arbitration Association, Arbitrator/Mediator for Trustee Fees | $10,200.00 | $10,200.00 | $0.00 |
| Frances L. Carter, Arbitrator/Mediator for Trustee Fees | $3,425.69 | $3,425.69 | $0.00 |
| Tech Masters, LLC, Consultant for Trustee Fees | $3,000.00 | $3,000.00 | $0.00 |
| Ingham Retirement Group, Other Professional Fees | $22,500.00 | $22,500.00 | $0.00 |
| All State Transportation Inc, Other Chapter 7 Administrative Expenses | $240.00 | $0.00 | $215.66 |
| Gonzalo J Iravedra PA, Other Chapter 7 Administrative Expenses | $9,000.00 | $0.00 | $8,087.14 |
| SJ Deprima MD Radiology PA, Other Chapter 7 Administrative Expenses | $3,260.00 | $0.00 | $2,929.34 |

Total to be paid for chapter 7 administrative expenses:     $614,048.11
Remaining balance:     $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Anthony Vitale, Other Professional Fees | $1,480.00 | $423.39 | $0.00 |
| Florida Health Law Center, Other Professional Fees | $22,103.73 | $6,323.35 | $0.00 |
| Fran Weinberg & Black, P.L., Other Professional Fees | $82,864.11 | $23,705.43 | $0.00 |
| Kluger, Peretz, Kaplan, & Berlin P.L., Other Professional Fees | $70,434.30 | $20,149.56 | $0.00 |
| Law office of Patrick Scott, Other Professional Fees | $119,811.12 | $34,275.08 | $0.00 |
| Trenwith Securities, Other Professional Fees | $151,377.26 | $51,377.26 | $0.00 |
| Trenwith Securities, Other Professional Fees | $100,000.00 | $0.00 | $0.00 |
| Valero & Raimondi, Other Professional Fees | $1,242.75 | $355.52 | $0.00 |
| Alan Ackerman DO FACC, Other Prior Chapter Administrative Expenses | $7,310.00 | $0.00 | $0.00 |
| Alberto Villa, MD, Other Prior Chapter Administrative Expenses | $2,000.00 | $0.00 | $0.00 |
| All State Transportation Inc, Other Prior | $240.00 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| Chapter Administrative Expenses | | | |
|---|---|---|---|
| American Hvac-R Services, Other Prior Chapter Administrative Expenses | $2,395.60 | $0.00 | $0.00 |
| American Hvac-R Services, Other Prior Chapter Administrative Expenses | $705.00 | $0.00 | $0.00 |
| Anita Garib Sankar, MD, Other Prior Chapter Administrative Expenses | $2,631.25 | $0.00 | $0.00 |
| Armando Marull, Other Prior Chapter Administrative Expenses | $7,400.00 | $0.00 | $0.00 |
| Bagel Boy, Other Prior Chapter Administrative Expenses | $181.82 | $0.00 | $0.00 |
| Brian J. Murphy, M.D., P.A., Other Prior Chapter Administrative Expenses | $92,785.00 | $0.00 | $0.00 |
| Other: Cardinal Health 414 LLC, Other Prior Chapter Administrative Expenses | $3,589.07 | $0.00 | $0.00 |
| Other: Carlos La Rocca MD, Other Prior Chapter Administrative Expenses | $3,368.75 | $0.00 | $0.00 |
| David Jurkovich, Other Prior Chapter Administrative Expenses | $423.00 | $0.00 | $0.00 |
| David Wells, Other Prior Chapter Administrative Expenses | $350.00 | $0.00 | $0.00 |
| Dhiraj Patel MD, Other Prior Chapter Administrative Expenses | $712.50 | $0.00 | $0.00 |
| Dr Dennis Oleary, Other Prior Chapter Administrative Expenses | $3,970.00 | $0.00 | $0.00 |
| Dr. Dennis Oleary, Other Prior Chapter Administrative Expenses | $5,000.00 | $0.00 | $0.00 |
| Enrique Gorin, Other Prior Chapter Administrative Expenses | $1,225.00 | $0.00 | $0.00 |
| Eric Smith MD, Other Prior Chapter Administrative Expenses | $6,312.50 | $0.00 | $0.00 |
| Felix Elpedes, Other Prior Chapter Administrative Expenses | $75.00 | $0.00 | $0.00 |
| Florida Department of Revenue, Other Prior Chapter Administrative Expenses | $1,509.33 | $0.00 | $0.00 |
| Florida Department of Revenue, Other Prior Chapter Administrative Expenses | $100.00 | $0.00 | $0.00 |
| Florida Department of Revenue, Other Prior Chapter Administrative Expenses | $350.00 | $0.00 | $0.00 |
| Florida Department of Revenue, Other Prior Chapter Administrative Expenses | $350.00 | $0.00 | $0.00 |
| Other: Florida Department of Revenue, Other | $350.00 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| Prior Chapter Administrative Expenses | | | |
| Other: Florida Department of Revenue, Other Prior Chapter Administrative Expenses | $1,181.84 | $0.00 | $0.00 |
| Other: Florida Department of Revenue, Other Prior Chapter Administrative Expenses | $600.00 | $0.00 | $0.00 |
| Other: GE Walker, Other Prior Chapter Administrative Expenses | $57,455.03 | $0.00 | $0.00 |
| Other: Gordon Grenn, Other Prior Chapter Administrative Expenses | $6,400.00 | $0.00 | $0.00 |
| Other: Harbor View Transportation, Other Prior Chapter Administrative Expenses | $4,428.85 | $0.00 | $0.00 |
| Other: Iliya Beylin MD, Other Prior Chapter Administrative Expenses | $3,881.25 | $0.00 | $0.00 |
| Other: Israel Machin, MD, Other Prior Chapter Administrative Expenses | $525.00 | $0.00 | $0.00 |
| Other: Ivan Carrasquilla MD, Other Prior Chapter Administrative Expenses | $125.00 | $0.00 | $0.00 |
| Other: James C. Colross, Other Prior Chapter Administrative Expenses | $14,393.04 | $0.00 | $0.00 |
| Other: Jeffrey Sutton, Other Prior Chapter Administrative Expenses | $17,595.00 | $0.00 | $0.00 |
| Other: Jeffrey Sutton MD, Other Prior Chapter Administrative Expenses | $105.00 | $0.00 | $0.00 |
| Other: Jeffrey Sutton, MD, Other Prior Chapter Administrative Expenses | $420.00 | $0.00 | $0.00 |
| Other: Jerome Reich MD, Other Prior Chapter Administrative Expenses | $55.00 | $0.00 | $0.00 |
| Other: Jerome Vincente MD, Other Prior Chapter Administrative Expenses | $525.00 | $0.00 | $0.00 |
| Other: Joaquin Mendez MD PA, Other Prior Chapter Administrative Expenses | $10,200.00 | $0.00 | $0.00 |
| Other: Joaquin Mendez MD PA, Other Prior Chapter Administrative Expenses | $4,200.00 | $0.00 | $0.00 |
| Other: Joel Gordon MD, Other Prior Chapter Administrative Expenses | $1,250.00 | $0.00 | $0.00 |
| Other: Joel Gordon, MD, Other Prior Chapter Administrative Expenses | $17,912.50 | $0.00 | $0.00 |
| Other: Johann N. Martens MD, Other Prior Chapter Administrative Expenses | $5,200.00 | $0.00 | $0.00 |
| Other: Jose Tones, Other Prior Chapter Administrative Expenses | $400.00 | $0.00 | $0.00 |
| Other: Kathleen Rathbun, Other Prior Chapter | $6,006.25 | $0.00 | $0.00 |

| Administrative Expenses | | | |
|---|---|---|---|
| Other: Kauko Jantunen MD, Other Prior Chapter Administrative Expenses | $400.00 | $0.00 | $0.00 |
| Other: Kishor Karia, Other Prior Chapter Administrative Expenses | $281.25 | $0.00 | $0.00 |
| Other: Kishor Karia, Other Prior Chapter Administrative Expenses | $1,125.00 | $0.00 | $0.00 |
| Other: Leonard Sukienik, DO, Other Prior Chapter Administrative Expenses | $1,600.00 | $0.00 | $0.00 |
| Other: Mallinckrodt Inc, Other Prior Chapter Administrative Expenses | $43,901.03 | $0.00 | $0.00 |
| Other: Manuel Borina, Other Prior Chapter Administrative Expenses | $6,200.00 | $0.00 | $0.00 |
| Other: Marc Levine, MD, Other Prior Chapter Administrative Expenses | $8,078.00 | $0.00 | $0.00 |
| Other: Marco Vitiello, Other Prior Chapter Administrative Expenses | $1,250.00 | $0.00 | $0.00 |
| Other: Maria Lopez, Other Prior Chapter Administrative Expenses | $600.00 | $0.00 | $0.00 |
| Other: Marie Tromans, Other Prior Chapter Administrative Expenses | $200.00 | $0.00 | $0.00 |
| Other: Mark Beylin DPM, Other Prior Chapter Administrative Expenses | $1,462.50 | $0.00 | $0.00 |
| Other: Med-Lab, Other Prior Chapter Administrative Expenses | $39,185.36 | $0.00 | $0.00 |
| Other: Med-Lab Supply Company, Inc., Other Prior Chapter Administrative Expenses | $40,000.00 | $0.00 | $0.00 |
| Other: Mohammed Javed, MD, Other Prior Chapter Administrative Expenses | $1,600.00 | $0.00 | $0.00 |
| Other: Mujahed Ahmed, Other Prior Chapter Administrative Expenses | $1,400.00 | $0.00 | $0.00 |
| Other: Nelson Olaguibe, Other Prior Chapter Administrative Expenses | $2,400.00 | $0.00 | $0.00 |
| Other: Nicolaus Mortens, Other Prior Chapter Administrative Expenses | $5,000.00 | $0.00 | $0.00 |
| Other: Noel R Zusmer MD PA, Other Prior Chapter Administrative Expenses | $21,890.00 | $0.00 | $0.00 |
| Other: Oscar Dominguez, Other Prior Chapter Administrative Expenses | $1,225.00 | $0.00 | $0.00 |
| Other: Oscar Hernandez, Other Prior Chapter Administrative Expenses | $4,400.00 | $0.00 | $0.00 |
| Other: Palm Beach Pizza LLC, Other Prior | $678.94 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Chapter Administrative Expenses | | | |
| Other: Pedro Sanchez, Other Prior Chapter Administrative Expenses | $3,400.00 | $0.00 | $0.00 |
| Other: Primecare of Coral Gables, Other Prior Chapter Administrative Expenses | $1,041.67 | $0.00 | $0.00 |
| Other: Rad Imaging, Inc, Other Prior Chapter Administrative Expenses | $11,080.00 | $0.00 | $0.00 |
| Other: Ralph Marcus D.O., Other Prior Chapter Administrative Expenses | $8,018.75 | $0.00 | $0.00 |
| Other: Rene Gomez, Other Prior Chapter Administrative Expenses | $1,000.00 | $0.00 | $0.00 |
| Other: Robert Collins MD, Other Prior Chapter Administrative Expenses | $175.00 | $0.00 | $0.00 |
| Other: Robert Tomchik MD, Other Prior Chapter Administrative Expenses | $2,275.00 | $0.00 | $0.00 |
| Other: Rodolfo Trejo MD, Other Prior Chapter Administrative Expenses | $200.00 | $0.00 | $0.00 |
| Other: Ruben Gil, MD, Other Prior Chapter Administrative Expenses | $1,835.00 | $0.00 | $0.00 |
| Other: Sheridan Professional Centre, LTD., L.L.L.P., Other Prior Chapter Administrative Expenses | $21,512.51 | $0.00 | $0.00 |
| Other: SJ Deprima MD Radiology PA, Other Prior Chapter Administrative Expenses | $3,260.00 | $0.00 | $0.00 |
| Other: SJ Deprima MD Radiology PA, Other Prior Chapter Administrative Expenses | $12,080.00 | $0.00 | $0.00 |
| Other: Stephen Koch MD, Other Prior Chapter Administrative Expenses | $3,970.00 | $0.00 | $0.00 |
| Other: Stephen Koch MD, Other Prior Chapter Administrative Expenses | $3,045.00 | $0.00 | $0.00 |
| Other: Stephen Koch MD, Other Prior Chapter Administrative Expenses | $5,205.00 | $0.00 | $0.00 |
| Other: Stephen Koch MD, Other Prior Chapter Administrative Expenses | $2,160.00 | $0.00 | $0.00 |
| Other: Stephen Koch, MD PC, Other Prior Chapter Administrative Expenses | $1,620.00 | $0.00 | $0.00 |
| Other: Stephen Morris MD, Other Prior Chapter Administrative Expenses | $800.00 | $0.00 | $0.00 |
| Other: Steven Deprima MD, Other Prior Chapter Administrative Expenses | $3,930.00 | $0.00 | $0.00 |
| Other: Steven F. Merandi, M.D. / Planet Three Radiology, Other Prior Chapter Administrative | $28,130.00 | $0.00 | $0.00 |

| Expenses | | | |
|---|---|---|---|
| Other: Steven Linzer DO PA, Other Prior Chapter Administrative Expenses | $2,775.00 | $0.00 | $0.00 |
| Other: Terrence Cohen, MD, Other Prior Chapter Administrative Expenses | $175.00 | $0.00 | $0.00 |
| Other: Todd Welliver, Other Prior Chapter Administrative Expenses | $2,187.50 | $0.00 | $0.00 |
| Other: Transwestern Douglas Entrance, LLC, Other Prior Chapter Administrative Expenses | $11,895.92 | $0.00 | $0.00 |
| Other: Tzewan Wong, Other Prior Chapter Administrative Expenses | $200.00 | $0.00 | $0.00 |
| Other: William I Ganz, Other Prior Chapter Administrative Expenses | $27,700.37 | $0.00 | $0.00 |
| Other: Zylomed Corporation, Other Prior Chapter Administrative Expenses | $10,837.75 | $0.00 | $0.00 |

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,493.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7(53) | Patrick S Scott, Esq | $2,543.00 | $0.00 | $0.00 |
| 21(29) | Ashok Patel | $15,000.00 | $0.00 | $0.00 |
| 30P(29) | Stephen E. Cianciulli | $10,950.00 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,899,755.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| | General Electric Capital Corporation | $4,500,000.00 | $0.00 | $0.00 |
| 1(29) | Liberty Messenger | $0.00 | $0.00 | $0.00 |
| 1(47) | Norman Brothers Produce | $1,273.89 | $0.00 | $0.00 |
| 1(58) | Admiral Insurance Co | $10,000.00 | $0.00 | $0.00 |
| 1(62) | Ludlum Measurements Inc | $257.57 | $0.00 | $0.00 |
| 1(66) | Total Medical Compliance | $2,370.00 | $0.00 | $0.00 |
| 1U(64) | Triple Net Properties Realty, Inc., et al. | $301,808.11 | $0.00 | $0.00 |
| 2(29) | Anthony C Vitale PA | $24,021.11 | $0.00 | $0.00 |
| 2(36) | Bayberry Florist | $2,549.30 | $0.00 | $0.00 |
| 2(53) | GE Healthcare | $112,778.79 | $0.00 | $0.00 |
| 2(62) | GE Healthcare | $105,205.77 | $0.00 | $0.00 |
| 2(68) | Transwestern Douglas Entrance | $57,351.04 | $0.00 | $0.00 |
| 2(73) | Merrill Lynch | $4,429,664.46 | $90,029.44 | $0.00 |
| 3(29) | Ashok Patel | $0.00 | $0.00 | $0.00 |
| 3(47) | M&T Credit Services LLC | $255,557.94 | $0.00 | $0.00 |
| 3(50) | Erena F Seara | $53.99 | $0.00 | $0.00 |
| 3(58) | John Thomas | $128.00 | $0.00 | $0.00 |
| 3(62) | Medi Nuclear Corp | $2,963.10 | $0.00 | $0.00 |
| 3(73) | William I Ganz | $36,993.63 | $0.00 | $0.00 |
| 4(29) | M&T Credit Services LLC | $255,557.94 | $0.00 | $0.00 |
| 4(36) | Philips Medical Systems NA Co | $113,312.90 | $0.00 | $0.00 |
| 4(47) | Dell Financial Services LLC | $7,491.00 | $0.00 | $0.00 |
| 4(53) | Green Forrest Cartridges Inc | $1,221.36 | $0.00 | $0.00 |
| 4(68) | Complete Care Center of Miami Inc | $3,787.50 | $0.00 | $0.00 |
| 5(36) | Frank Weinberg Black | $352,420.12 | $0.00 | $0.00 |
| 5(47) | GE Healthcare | $0.00 | $0.00 | $0.00 |
| 5(50) | Merrill Lynch | $47,920.42 | $47,920.42 | $0.00 |
| 5(53) | Medical Suppliers Of The Americas | $814.10 | $0.00 | $0.00 |
| 5(66) | Medical Suppliers Of The Americas | $52.59 | $0.00 | $0.00 |
| 5(68) | Stephen Koch MD | $5,000.00 | $0.00 | $0.00 |
| 6(53) | Royal Office Products | $7,702.16 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 6(62) | Zsuzsanna Seybold MD | $14,625.00 | $0.00 | $0.00 |
| 6(66) | Royal Office Products | $630.22 | $0.00 | $0.00 |
| 7(29) | Elvira Kunz Executrix | $95,672.63 | $0.00 | $0.00 |
| 7(47) | Almar Industries Inc | $749.00 | $0.00 | $0.00 |
| 7(62) | Medical Suppliers of the America | $2,627.86 | $0.00 | $0.00 |
| 8(29) | Jeanne Stiers | $0.00 | $0.00 | $0.00 |
| 8(47) | Royal Office Products | $31,877.77 | $0.00 | $0.00 |
| 8(53) | Palm Beach Pizza LLC | $2,956.50 | $0.00 | $0.00 |
| 8(53) | Patrick S Scott, Esq | $3,275.44 | $0.00 | $0.00 |
| 8(62) | Royal Office Products | $6,913.58 | $0.00 | $0.00 |
| 8(66) | American Hvac-R Services Inc | $140.00 | $0.00 | $0.00 |
| 8X(36) | Ikon Office Solutions | $5,215.89 | $0.00 | $0.00 |
| 9(29) | FedEx Freight | $347.40 | $0.00 | $0.00 |
| 9(47) | Medical Suppliers Of The Americas | $672.44 | $0.00 | $0.00 |
| 9(53) | American Hvac R Services Inc | $2,269.58 | $0.00 | $0.00 |
| 9(66) | Nursing Unlimited Inc | $1,260.00 | $0.00 | $0.00 |
| 10(29) | IKON Financial Svc | $273,889.34 | $0.00 | $0.00 |
| 10(47) | Sage Software Healthcare | $690.00 | $0.00 | $0.00 |
| 10(53) | Cardinal Health 414, LLC | $6,619.35 | $0.00 | $0.00 |
| 10(62) | Invivo Corporation | $4,043.30 | $0.00 | $0.00 |
| 10(66) | Royal Office Products | $948.22 | $0.00 | $0.00 |
| 11(29) | Broward County Revenue Collection Division | $44,769.87 | $0.00 | $0.00 |
| 11(36) | Hirni's Wayside Garden Florist | $64.20 | $0.00 | $0.00 |
| 11(47) | Stericycle Inc | $4,245.67 | $0.00 | $0.00 |
| 11(53) | Royal Office Products | $7,702.16 | $0.00 | $0.00 |
| 11(62) | Jules Cohen MD | $5,380.75 | $0.00 | $0.00 |
| 12(29) | Waste Management -RMC | $222.05 | $0.00 | $0.00 |
| 12(36) | Sheldon Glucksman | $422.20 | $0.00 | $0.00 |
| 12(47) | FedEx Customer Information Service | $2,072.86 | $0.00 | $0.00 |
| 12(53) | Joanne Laudicina | $162.99 | $0.00 | $0.00 |
| 12(62) | Iliya Beylin MD | $7,000.00 | $0.00 | $0.00 |
| 12(66) | American Hvac-R Services Inc | $1,104.60 | $0.00 | $0.00 |
| 13(36) | Merrill Lynch Business Financial Service | $105,121.34 | $105,121.34 | $0.00 |
| 14(29) | Siemens Medical Solutions USA, Inc., c/o George L. | $130,255.59 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 14(47) | Varley Inc | $753.35 | $0.00 | $0.00 |
| 14(53) | Johnny Lee Jr | $700.00 | $0.00 | $0.00 |
| 14(62) | AC & S Transportation | $1,948.00 | $0.00 | $0.00 |
| 14(66) | Stephen Koch MD | $5,000.00 | $0.00 | $0.00 |
| 15(29) | Siemens Medical Solutions USA, Inc., c/o George L. | $118,290.59 | $0.00 | $0.00 |
| 15(47) | American Hvac-R Services | $6,047.50 | $0.00 | $0.00 |
| 15(53) | American Hvac R Services Inc | $3,064.58 | $0.00 | $0.00 |
| 15(62) | Royal Office Products | $6,913.58 | $0.00 | $0.00 |
| 15(69) | Gonzalo J Iravedra PA | $1,125.00 | $0.00 | $0.00 |
| 16(29) | Frank Weinberg Black PL | $352,420.12 | $0.00 | $0.00 |
| 16(47) | Patrick S Scott | $102.72 | $0.00 | $0.00 |
| 16(53) | Francis X Gauthier | $70.96 | $0.00 | $0.00 |
| 17(29) | All Points Capital Corp. | $54,496.42 | $0.00 | $0.00 |
| 17(47) | Yvonne Moretti | $342.75 | $0.00 | $0.00 |
| 17(53) | Tropical Transportation, LLC | $1,820.00 | $0.00 | $0.00 |
| 17(62) | Bikur Cholim of Miami Beach | $250.00 | $0.00 | $0.00 |
| 18(29) | All Points Capital Corp. | $7,639.78 | $0.00 | $0.00 |
| 18(47) | De Lage Landen Financial Services Inc | $163,495.97 | $0.00 | $0.00 |
| 18(62) | Juana Huzenman | $400.00 | $0.00 | $0.00 |
| 19(29) | All Points Capital Corp. | $104,373.67 | $0.00 | $0.00 |
| 20(47) | West Physics Consulting LLC | $11,000.00 | $0.00 | $0.00 |
| 20(53) | John Penrod | $1,400.00 | $0.00 | $0.00 |
| 20(62) | Sonia Weisselberger | $647.20 | $0.00 | $0.00 |
| 21(47) | West Physics Consulting LLC | $28,825.00 | $0.00 | $0.00 |
| 21(62) | Nursing Unlimited Inc. | $1,050.00 | $0.00 | $0.00 |
| 22(29) | Property Tax Consultants, Ltd | $8,062.17 | $0.00 | $0.00 |
| 22(62) | Marcos R. Singer | $73.62 | $0.00 | $0.00 |
| 23(29) | Philips Medical Systems NACO | $133,067.65 | $0.00 | $0.00 |
| 23(47) | Astellas Pharma US Inc | $17,084.00 | $0.00 | $0.00 |
| 23(62) | Emmanuelle Ocean | $10.72 | $0.00 | $0.00 |
| 24(47) | Kramer, Green, Zuckerman, Greene & Buchsbaum PA | $2,867.50 | $0.00 | $0.00 |
| 25(47) | Benjamin Befeler MD PA | $2,455.00 | $0.00 | $0.00 |
| 25(62) | Jose A Ortiz | $250.00 | $0.00 | $0.00 |
| 252(29) | FedEx Customer Information Svc | $2,391.75 | $0.00 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 26(62) | Louise Perry | $20.00 | $0.00 | $0.00 |
| 26(69) | Steven Linzer DO PA | $2,775.00 | $0.00 | $0.00 |
| 27(47) | Agfa Healthcare Corporation | $20,806.98 | $0.00 | $0.00 |
| 27(62) | Stephen Koch MD | $7,500.00 | $0.00 | $0.00 |
| 27(69) | Merrill Lynch | $20,728.28 | $20,728.28 | $0.00 |
| 28(29) | UPS | $534.41 | $0.00 | $0.00 |
| 28(47) | Royal Office Products | $31,877.77 | $0.00 | $0.00 |
| 29(29) | Donald R. Levine Personal Rep | $112,606.88 | $0.00 | $0.00 |
| 29(62) | Luis Reyes | $25.00 | $0.00 | $0.00 |
| 30(47) | American Computer Forms Inc | $430.95 | $0.00 | $0.00 |
| 30(62) | Alicia Madrigal | $57.79 | $0.00 | $0.00 |
| 30U(29) | Stephen E. Cianciulli | $466,301.00 | $0.00 | $0.00 |
| 31(47) | Norman Brothers Produce | $1,273.89 | $0.00 | $0.00 |
| 31(62) | Med Lab | $156,580.36 | $0.00 | $0.00 |
| 31(62) | Med-Lab | $77,395.00 | $0.00 | $0.00 |
| 32(29) | Dinese H. Gorman Trustee | $60,807.92 | $0.00 | $0.00 |
| 33(29) | Marshall Sampson, Trustee | $60,807.92 | $0.00 | $0.00 |
| 34(29) | Merrill Lynch | $932,669.50 | $932,669.50 | $0.00 |
| 35(47) | Stephen Koch, MD PC | $10,000.00 | $0.00 | $0.00 |
| 36(53) | Merrill Lynch | $56,863.44 | $56,863.44 | $0.00 |
| 38(62) | Deborah Cruz | $25.00 | $0.00 | $0.00 |
| 39(62) | Merrill Lynch Busines Financial Services | $231,585.81 | $231,585.81 | $0.00 |
| 43B(47) | Noel R Zusmer MD PA | $7,700.00 | $0.00 | $0.00 |
| 5300ML | Merrill Lynch Commercial Finance Corp | $134,970.87 | $134,970.87 | $0.00 |
| 5431(62) | American Hvac-R Services | $1,870.46 | $0.00 | $0.00 |
| 6600ML | Merrill Lynch Commercial Finance Corp | $62,897.17 | $62,897.27 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $159,922.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1(69) | GE Healthcare | $23,777.61 | $0.00 | $0.00 |
| 3(71) | Nursing Unlimited, Inc. | $840.00 | $0.00 | $0.00 |
| 4U(69) | Florida Department of Revenue | $75.00 | $0.00 | $0.00 |
| 5(58) | Image First SE Florida LLC | $6,941.38 | $0.00 | $0.00 |
| 5(69) | Medical Suppliers of the Americas | $2,354.96 | $0.00 | $0.00 |
| 6(69) | Royal Office Products | $2,983.16 | $0.00 | $0.00 |
| 7(69) | Sunset Commercial Cleaning | $4,547.40 | $0.00 | $0.00 |
| 9(69) | Royal Office Products | $2,982.66 | $0.00 | $0.00 |
| 22(66) | Image First SE FL LLC | $1,122.12 | $0.00 | $0.00 |
| 24(69) | Sunset Commercial Cleaning | $4,547.40 | $0.00 | $0.00 |
| 35(69) | Image First SE FL LLC | $3,480.83 | $0.00 | $0.00 |
| 37(29) | Marshall Sampson, Trustee | $47,836.32 | $0.00 | $0.00 |
| 38(29) | Dinese H. Gorman Trustee | $47,832.32 | $0.00 | $0.00 |
| 39(29) | Property Tax Consultants, Ltd | $605.80 | $0.00 | $0.00 |
| 41(29) | FIRST COAST SERVICE OPTIONS | $1,733.97 | $0.00 | $0.00 |
| 47(62) | Stephanie R Shapillo | $155.76 | $0.00 | $0.00 |
| 55(62) | Eugenio Brico MD | $200.00 | $0.00 | $0.00 |
| 56(62) | Image First SE Florida | $7,510.90 | $0.00 | $0.00 |
| 63(47) | MedSolutions Inc | $395.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/ Kenneth A. Welt
Trustee

Kenneth A. Welt
4581 Weston Road #355
Weston, FL 33331

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)